IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____ D.C.

05 MAY 31 PM 3: 15

CLERK, U.S. DIST. CT.
W. D. OF TN. MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| vs. | No. 98-20044-B |
| HENRY ARISTY, | * |
| Defendant. | * |

## ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT

It is hereby ORDERED that the Government's Motion To Dismiss Indictment in the above-entitled and numbered criminal case as to HENRY ARISTY is hereby GRANTED.

DONE at Memphis, Tennessee, this 31st day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-1-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:98-CR-20044 was distributed by fax, mail, or direct printing on June 1, 2005 to the parties listed.

---

Paul M. O'Brien
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT